

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| THOMAS LEONARD, | § | No. 08-14-00139-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20110D02415) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's pro se motion for extension of time within which to file the brief until **May 22, 2016.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S PRO SE BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Thomas Leonard, pro se, prepare the Appellant's pro se brief and forward the same to this Court on or before May 22, 2016.

IT IS SO ORDERED this 22nd day of April, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.